UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SCOTT HARPER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | **CASE NO. 1:16-cv-01045-AWI-MJS (PC)**<br><br>**VOLUNTARY DISMISSAL OF ACTION**<br><br>**(ECF No. 13)** |

　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. (ECF No. 1.) Plaintiff has declined Magistrate Judge jurisdiction. (ECF No. 5.) No other parties have appeared. On September 26, 2016, Plaintiff filed a motion requesting to dismiss this action without prejudice. (ECF No. 13.) The Court construes this motion as a notice of voluntary dismissal under Rule 41(a)(1).

　　Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a Court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Plaintiff's September 26, 2016 notice is sufficient under Rule 41.  Therefore, this case has terminated automatically.  See Fed. R. Civ. P. 41(a)(1)(A)(i).

　　Accordingly, the Clerk is ordered to CLOSE this case in light of Plaintiff's Rule 41(a)(1) dismissal.

IT IS SO ORDERED.

Dated:   September 29, 2016　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE